UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DOMONIQUE JENKINS**,

    *Plaintiff*,

    v.

                               Case No: 8:25-cv-01960-JSM-AAS

**CLARITY SERVICES, INC.**,

    *Defendant*.

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT
## CLARITY SERVICES, INC.

In accordance with Local Rule 3.09, the Plaintiff, DOMONIQUE JENKINS ("Plaintiff"), hereby provides notice that Plaintiff and the Defendant, CLARITY SERVICES, INC. ("Defendant"), have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendant from this case with prejudice.

Respectfully submitted on August 14, 2025.

                             **SERAPH LEGAL, P. A.**

/s/ *Megan Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213
MRosenberg@SeraphLegal.com
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606
Tel: 813-567-1230 (Ext: 404)
Fax: 855-500-0705
*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 14, 2025, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF System.

/s/ *Megan Rosenberg*

Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213