# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DOMONIQUE JENKINS**,

    *Plaintiff*,

    v.                      Case No: 8:25-cv-01960-JSM-AAS

**CLARITY SERVICES, INC.**,

    *Defendant*.

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

All Parties having resolved this matter between themselves by mutual agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, DOMONIQUE JENKINS, hereby DISMISSES this action with prejudice, effective October 24, 2025, with each party to bear his or its own costs and attorneys' fees.

Respectfully submitted on October 24, 2025.

                         **SERAPH LEGAL, P. A.**

                         /s/ *Megan Rosenberg*
                         Megan A. Rosenberg, Esq.
                         Florida Bar Number: 1005213
                         MRosenberg@SeraphLegal.com
                         2124 W. Kennedy Blvd., Suite A
                         Tampa, FL 33606
                         Tel: 813-567-1230 (Ext: 404)
                         Fax: 855-500-0705
                         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

/s/ *Megan Rosenberg*

Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213